ents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

MEYER PACKTMAN, Respondent, v. PHILIP ROSEFF and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC COHEN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MOSCA, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ROSINA J. RICHARDS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

HERMAN SCAISON, Respondent, v. JOHN LONGWORTH, Appellant, Impleaded with Another, Defendant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

HELEN LEE SCHECTOR, Respondent, v. ISIDORO FONTANA and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

LAURA SHARP, Appellant, v. ARTHUR E. SHARP, Respondent. (Appeal No. 1.) — Order affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

LAURA SHARP, Appellant, v. ARTHUR E. SHARP, Respondent. (Appeal No. 2.) — Order affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

MARY STAMBONI, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent. — Judgment modified by providing that the dismissal of the complaint be without prejudice instead of on the merits; also by reversing so much of the third finding of fact as finds that defendant performed each and every part of the agreement of June 3, 1917, on its part to be performed; also so much of said finding as declares that plaintiff released the defendant from " all claims and damages of any kind, nature and description," so far as the same related to damages caused by unlawful acts or omissions of said defendant subsequent to the delivery of the agreement in question; also the finding that defendant constructed the drain mentioned in said agreement in the manner and in all respects as agreed to between the parties, also the first and second conclusions of law of the trial justice. As so modified, judgment unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ. Settle order on notice.

NICHOLAS THILL, Appellant, v. ATLANTIC STEVEDORING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ALBERT VAN NOSTRAND, Respondent, v. DWIGHT-MURRAY REALTY COMPANY and Another, Defendants, Impleaded with JEREMIAH ZIMMERMAN, Appellant.— Upon the stipulation filed, the order of this court, dated May 24, 1923, is vacated